The Monroe Binder Board Co.

*v.*

State of Illinois.

*Opinion filed May 9, 1922.*

Franchise Tax—*when claimant entitled to a refund.* There being no dispute as to the facts and law governing this case the Court enters an order in favor of claimant for the amount of his claim.

Edward J. Brundage, Attorney General, for State.

This is a claim brought by the Monroe Binder Board Co., of Monroe, Michigan for a refund of a certain franchise tax amounting to one hundred sixty-seven dollars and eight cents ($167.08). No objection or defense of the claim is interposed by or on behalf of the State and the honorable Attorney General consents to an award herein in the sum of one hundred sixty-seven dollars and eight cents ($167.08). Therefore said sum is hereby allowed.